# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | |
| JADE LYNNE DUFFNEY | DOCKET NUMBER:<br>6:19-mj-00061 JDP |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Jade Lynne DUFFNEY did:

**Count 1:** Operate a motor vehicle under the influence of alcohol or drugs to a degree that rendered the operator incapable of safe operation in violation of 36 Code of Federal Regulations § 4.23 (a) (1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate a motor vehicle under the influence of alcohol or drugs with the alcohol concentration in the operator's breath of 0.08 grams or more of alcohol per 210 liters of breath in violation of 36 Code of Federal Regulations § 4.23 (a) (2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Operate a vehicle at a speed in excess of the speed limit in violation of 36 Code of Federal Regulations § 4.21 (C).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On July 21, 2019, in Yosemite National Park, Ranger Luis Robles was conducting radar enforcement at El Capitan Straight. Ranger Robles was parked on the side of Northside Drive, observing westbound traffic. At approximately 10:15 p.m. he observed a dark gray Toyota RAV4 SUV traveling westbound. He visually estimated the speed of the vehicle as 50 miles per hour. Ranger Robles used rear radar in stationary mode, which indicated the RAV4 was traveling at a speed of 51 mph in a posted 35 mph zone. Ranger Robles conducted a traffic stop on the vehicle at the Bridalveil View pullout.

Speedy Trial Act Applies: **No**

U.S. v. Jade Lynne Duffney
Criminal Complaint

Ranger Robles approached the vehicle from the driver's side. The driver's window was down, and Ranger Robles detected the odor of alcoholic beverages emanating from the open window. Ranger Robles observed the driver had reddened, glassy eyes. Ranger Robles identified the driver as Jade Lynne DUFFNEY.

Ranger Paul Holthouse arrived to assist with the investigation. DUFFNEY told Ranger Holthouse that he had consumed a few beers prior to leaving the Ahwahnee Hotel.

Ranger Robles conducted Standardized Field Sobriety tests on DUFFNEY. DUFFNEY displayed 6 out of 6 clues on the Horizontal Gaze Nystagmus test. Ranger Robles did not observe any clues during the Walk and Turn test, nor during the One Leg Stand test. The preliminary breath test indicated DUFFNEY had a breath alcohol content of 0.095 grams of alcohol per 210 liters of breath.

Ranger Robles placed DUFFNEY under arrest for driving under the influence of alcohol.

At the Yosemite Holding Facility, DUFFNEY submitted to an evidentiary breath test administered by Ranger Holthouse and witnessed by Ranger Smith. The evidentiary test results both indicated DUFFNEY had a breath alcohol content of 0.07 grams of alcohol per 210 liters of breath at 11:48 p.m. and at 11:50 p.m.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

9-11-19
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

9/11/19
Date

Honorable Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Jade Lynne Duffney
Criminal Complaint