MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**JADE LYNNE DUFFNEY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JADE LYNNE DUFFNEY,<br><br>Defendant. | Citation No.: 6:19-MJ-00061-JDP-1<br><br>STIPULATION TO CONTINUE ARRAIGNMENT AND SET VIDEO APPEARANCE FOR ARRAIGNMENT; ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Jeremy D. Peterson<br>Date: September 17, 2020<br>Time: 9:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, JADE DUFFNEY ("Ms. Duffney"), by and through her attorney of record, Michael Mitchell, that the Arraignment in the above-captioned matters set for September 17, 2019 at 9:00 a.m., be vacated, and the matter be set for an Arraignment via Video from a U. S. District Court located in Colorado on November 19, 2019 at 10:00 a.m. This request is made since Ms. Duffney lives in Colorado Springs, Colorado.

DATED: September 16, 2019     /s/ Michael E. Mitchell
                              Michael E. Mitchell Attorney for Defendant
                              JADE LYNNE DUFFNEY

DATED: September 16, 2019     /s/ Susan St. Vincent
                              Susan St. Vincent, Acting Legal Officer
                              National Park Service

Stipulation to Continue Arraignment and Set Video Appearance - 1
Order Thereon

## ORDER

It is hereby ordered that the above request to vacate the Arraignment for Defendant JADE LYNNE DUFFNEY ("Ms. Duffney"), now set for September 17, 2019 at 10:00 a.m. and continue the Arraignment to November 19, 2019 at 10:00 a.m., be granted. It is also hereby ordered that Ms. Duffney may appear via video conference at a United States District Court near her home in Colorado Springs, Colorado for arraignment.

IT IS SO ORDERED.

Dated: September 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE